B. WILLIAM MILLER, PLAINTIFF-PETITIONER, v.
CLAIRE MILLER, DEFENDANT-RESPONDENT.

*Messrs. Jamieson, Walsh, McCardell & Moore; Mr. William T. Stephens* and *Mr. Gerald B. Kagan* both of the District of Columbia Bar for the petitioner.

*Messrs. Kahn, Schildkraut & Levy* for the respondent.

October 1, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ALBERT DICKENS, DEFENDANT-PETITIONER.

*Mr. Peter Murray and Mr. James A. Christiano* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola,* for the respondent.

October 1, 1968. Denied.

TOWNSHIP OF DEPTFORD, PLAINTIFF-RESPONDENT, v.
WOODBURY TERRACE SEWERAGE CORPORATION, DE-
FENDANT-PETITIONER.

*Messrs. Schreiber & Lancaster* for the petitioner.

*Mr. Alfred T. Sanderson, Mr. Arthur J. Sills* and *Mr. William Gural* for the respondent.

October 1, 1968. Granted.